1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    NICOLE MARIE ADAMIK,                    No.  2:24-cv-1970 AC P

12              Petitioner,

13         v.                                 ORDER

14    SAN JOAQUIN COUNTY SHERIFF
      DEPT., et al.,
15
                Respondents.
16

17

18         Petitioner, a county prisoner proceeding without an attorney, has filed an application for a

19    writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Because petitioner had not filed an in forma

20    pauperis affidavit or paid the required filing fee, the undersigned ordered petitioner to submit an

21    affidavit in support of her request to proceed in forma pauperis or the appropriate filing fee.  ECF

22    No. 8.  The court directed the clerk to send petitioner a copy of the in forma pauperis form used

23    by this court.  Id. at 2.  Petitioner, however, filed an in forma pauperis application using the form

24    used by the United States District Court for the Northern District of California, and did not

25    include a certified copy of petitioner's prison trust account statement or the certification included

26    on the form.  ECF No. 9.

27         Plaintiff will be provided another opportunity to file a *complete* application to proceed in

28    forma pauperis.  Plaintiff is advised to use this court's form, which will again be sent to her with

                                                 1

1  this order, and that she must either attach a certified copy of her trust account statement showing

2  transactions for the past six months *or* have a correctional officer complete the "Certificate"

3  portion of the form.

4        Accordingly, IT IS HEREBY ORDERED that:

5        1.  Plaintiff shall submit, within thirty days from the date of this order, a complete in

6  forma pauperis application using this court's form **and** a certified copy of her prison trust account

7  statement for the six-month period immediately preceding the filing of the complaint **and/or** the

8  certification required on the application form.  **Plaintiff's failure to comply with this order will**

9  **result in a recommendation that this action be dismissed without prejudice.**

10        2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

11  Forma Pauperis by a Prisoner.

12  DATED: February 13, 2025

13  _____

    ALLISON CLAIRE

14      UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28