1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    NICOLE MARIE ADAMIK,                    No.  2:24-cv-1970 AC P

12                    Petitioner,
                                             ORDER AND FINDINGS AND
13          v.                               RECOMMENDATIONS

14    SAN JOAQUIN COUNTY SHERIFF
      DEPT., et al,
15
                    Respondents.
16

17          By order filed July 26, 2024, petitioner was ordered to file a completed in forma pauperis

18    application and a certified copy of her prison trust account statement and was cautioned that

19    failure to do so would result in a recommendation that this action be dismissed.  ECF No. 8.

20    After petitioner failed to file a completed application or pay the fee, she was given an additional

21    twenty-one days to comply and warned that failure to comply would result in a recommendation

22    that this action be dismissed without further warning.  ECF No. 12.  The twenty-one-day period

23    has long expired, and petitioner has not filed an application to proceed in forma pauperis, paid the

24    filing fee, or otherwise responded to the court's orders.

25          Moreover, although it appears from the file that petitioner's copy of the last court order

26    directing petitioner to file a completed application or pay the fee was returned, petitioner was

27    properly served.  It is the petitioner's responsibility to keep the court apprised of her current

28

                                                    1

1   address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of

2   the party is fully effective.  E.D. Cal. 182(f).  Additionally, petitioner had thirty (30) days notify

3   the court of petitioner's change of address or risk dismissal of the case without prejudice for

4   failure to prosecute.  E.D. Cal. L.R. 183(b).  Far more than 30 days have passed, and petitioner

5   has not updated her address with the court.[1]

6          Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign

7   a district judge to this case; and

8          IT IS FURTHER RECOMMENDED that this action be dismissed without prejudice.

9          These findings and recommendations are submitted to the United States District Judge

10  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

11  after being served with these findings and recommendations, petitioner may file written

12  objections with the court.  Such a document should be captioned "Objections to Magistrate

13  Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections

14  within the specified time may waive the right to appeal the District Court's order.  Martinez v.

15  Ylst, 951 F.2d 1153 (9th Cir. 1991).

16  DATED: June 9, 2025

17                                          _____
                                            ALLISON CLAIRE
18                                          UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

---

27  [1]  Because petitioner may have been under the impression that the old rule, which provided sixty-three days rather than thirty applied, the court waited the full sixty-three days.  Even applying the
28  old rule, the petitioner has failed to comply.

2